TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00481-CR






Antonio Natal Juarez, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT


NO. CR-03-268, HONORABLE DON B. MORGAN, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Ariel Payan, is ordered to tender a brief in this cause no later than June 28, 2004. No
further extension of time will be granted.

It is ordered June 1, 2004.


Before Justices Kidd, B. A. Smith and Pemberton

Do Not Publish